UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Inland Paperboard and Packaging, Inc.,

Plaintiff,

v.

GFI America, Inc., and Federal Beef Processors, Inc.,

Defendants.

File No.: 02-59 PAM/JGL

**ORDER FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

Based upon the parties' stipulation, **IT IS HEREBY ORDERED** that the time period within which Defendants are required to answer or otherwise plead in response to the complaint shall be enlarged up to and including June 14, 2002.

Dated: June 10, 2002

MAG. Judge, United States District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

303905-1