UNITED STATES DISTRICT COURT

District of Minnesota

Inland Paperboard and Packaging, Inc.,

Plaintiff,

v.

GFI America, Inc., and Federal Beef Processors, Inc.,

Defendants.

**NOTICE, CONSENT, AND ORDER OF REFERENCE EXERCISE OF JURISDICTION BY A UNITED MAGISTRATE JUDGE**

CASE #~~C00-569~~ 02-59 (PAM/RLE)

**CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| Plaintiff | Timothy J. Cramas | 8/22/02 |
| Defendants | [signature] | 8/23/02 |
| | | |
| | | |

**ORDER OF REFERENCE**

IT IS ORDERED that this case be referred Raymond L. Erickson United States Magistrate Judge, to conduct all proceeding and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

August 28, 2002
Date

[signature]
United States District Judge

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

(6)