UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Inland Paperboard and Packaging, Inc.,

Plaintiff,

Civil 02-59 PAM/RLE

v.

GFI America, Inc., and Federal Beef Processors, Inc.,

Defendants.

---

**NOTICE OF CANCELLATION OF PRETRIAL CONFERENCE**

The pretrial conference which was scheduled for Wednesday, September 25, 2002 @ 11:00 A.M. before Judge Magnuson, is CANCELLED.

The pretrial conference shall be rescheduled with Magistrate Judge Erickson.

Dated: August 27, 2002

RICHARD SLETTEN,
Clerk of U.S. District Court

Suzanne M. Ruiz
Calendar Clerk to Judge Magnuson

cc: All Counsel of Record

FILED AUG 2 7 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______