ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Inland Paperboard and Packaging, Inc.,

Plaintiff,

v.

GFI America, Inc. and Federal Beef Processors, Inc.,

Defendants.

Civ. No. 02-59 (RLE)

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DISCOVERY**

Pursuant to Local Rule 16.3, plaintiff Inland Paperboard and Packaging, Inc. ("Inland") and defendants GFI America, Inc. and Federal Beef Processors, Inc. hereby stipulate and move to amend the Pretrial Schedule, dated February 13, 2003, to extend the date for completion of discovery.

As grounds for the Motion, the parties state that discovery in this matter should be entirely complete by May 1, 2003 except for the Rule 30(b)(6) deposition of Inland. While defendants have properly noticed that deposition for April 29, 2003, Inland is unable to produce certain documents by that date which defendants requested and which are necessary for the deposition. Therefore, the parties request that the Court allow them until May 15, 2003 to take Inland's Rule 30(b)(6) deposition. The parties do not anticipate that such an extension will affect any other deadlines in the Pretrial Schedule.

STPL 140513-1

15

FILED MA 2 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Respectfully submitted,

Timothy J. Pramas, #240321
Felhaber, Larson, Fenlon & Vogt, P.A.
2100 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101
(651) 222-6321

**ATTORNEY FOR PLAINTIFF INLAND PAPERBOARD AND PACKAGING, INC.**

Charles N. Nauen, #121216
Martin A. Carlson, #0299650
Lockridge Grindal Nauen PLLP
100 Washington Ave. S.,
Suite 2200
Minneapolis, MN 55401
(612) 339-6900

**ATTORNEYS FOR DEFENDANTS GFI AMERICA, INC. AND FEDERAL BEEF PROCESSORS, INC.**

IT IS SO ORDERED this 2nd day of May, 2003.

Honorable Raymond L. Erickson
United States Magistrate Judge