UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Inland Paperboard and Packaging, Inc.,

Plaintiff,

vs.

CERTIFICATE OF READINESS FOR TRIAL

GFI America, Inc. and Federal Beef Processors, Inc.,

Defendants.

Civ. No. 02-59(RLE)

* * * * * * * * * * * * * * * * * *

TO: All counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: July 9th, 2003
At Duluth, Minnesota

JUL 9 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(17)

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Inland Paperboard and Packaging, Inc.,

Plaintiff,

vs.

NOTICE OF RULE 16 PRETRIAL/STATUS CONFERENCE

GFI America, Inc. and Federal Beef Processors, Inc.,

Defendants.

Civ. No. 02-59(RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 9th day of July, 2003.

* * *

The above-entitled case is deemed Ready for Trial. A Rule 16 Pretrial/Status Conference is scheduled for **Monday, August 11, 2003, at 10:30 a.m.**, before Magistrate Judge Raymond L. Erickson, in Courtroom No. 3, Fourth Floor, United States Courthouse, 515 W. First St., Duluth, Minnesota.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

16

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK