UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Inland Paperboard and
Packaging, Inc.,

Plaintiff,

vs. **NOTICE OF TRIAL**

GFI America, Inc., and
Federal Beef Processors, Inc.,

Defendants. Civ. No. 02-59(RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 28th day of August, 2003.

* * *

1. This matter has been scheduled for a 2-day Trial before the Court, on a date certain basis, commencing on **Tuesday, December 2, 2003, at 9:00 a.m.**, in Court Room No. 12W, United States Courthouse, 300 South Fourth St., Minneapolis, Minnesota. **Counsel are to meet in Chambers at 8:30 a.m., for a Final Pretrial Conference.**

2. Counsel's attention is directed to the Local Rules for the District of Minnesota, specifically, Local Rule 39.1 regarding Trial Practice. Please submit an original and one copy of Pretrial materials referred to in Local Rule 39.1, together with a Trial Brief, directly to Magistrate Judge Raymond L. Erickson, United

FILED AUG 2 8 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(18)

States Courthouse, Room 412, 515 W. First St., Duluth, MN 55802, by the close of business **November 7, 2003**. Counsel **MUST PREMARK ALL EXHIBITS** to be used or introduced at Trial in the manner indicated in Local Rule 39.1. Blank exhibit lists may be obtained from the Clerk of Court's Office, in Duluth, St. Paul or Minneapolis, and must be used when compiling your exhibit lists.

3. Objections to exhibits other than rebuttal exhibits or exhibits used exclusively for cross-examination purposes are to be resolved with opposing counsel prior to the first day of Trial. Any objections which are incapable of resolution will be resolved by the Court at the Final Pretrial Conference.

4. Any party intending to file a Motion in limine shall serve and file the same, post-marked no later than **November 7, 2003**, with the Court's copy being directly transmitted to the undersigned at the United States Courthouse, Room 412, 515 W. First St., Duluth, Minnesota 55802. Any party intending to respond to a Motion in limine shall serve and file the same, post-marked no later than **November 14, 2003**, with the Court's copy being transmitted as noted above.

5. A delay or continuance of the Trial date shall only be requested upon formal Notice and Motion. Under no circumstances will a continuance be deemed justified because of a failure to

complete discovery or to take depositions in lieu of Trial testimony.

6. Please contact the undersigned (218-529-3520) immediately if this case is settled.

BY THE COURT:

Raymond L. Erickson
United States Magistrate Judge

DATE: August 28, 2003

FROM: Victoria L. Miller
Judicial Assistant

TO: Joan Lindquist/Lynda Jamison
Court Reporter Coordinators

RE: Inland

v. Civ. No. 02-59(RLE)

GFI, et al.

* * * * * *

Please make note that the above-entitled matter is set for a Bench Trial commencing on **Tuesday, December 2, 2003, at 9:00 a.m., in Court Room No. 12W, United States Courthouse, 300 South Fourth St., Minneapolis, Minnesota,** before Magistrate Judge Raymond L. Erickson.

The court reporter should be available in Chambers by **8:30 a.m., on December 2, 2003.**

This case is estimated for trial time for 2 days.

Please make the necessary arrangements to have a court reporter available.

✓cc: Clerk's Office/Duluth