✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Inland Paperboard and Packaging, Inc.

V.

GFI America Inc., and Federal Beef Processors, Inc.

## JUDGMENT IN A CIVIL CASE

Case Number: 02-59 (RLE)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgment be entered in favor of Inland Paperboard and Packaging, Inc., and against GFI America Inc., and Federal Beef Processors, Inc., in the amount of $68,726.90.

March 1, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Jenny Beck
(By) Jenny Beck, Deputy Clerk