# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-1821/2251

| | | |
|---|---|---|
| Inland Paperboard and Packaging, Inc., | * | |
| | * | |
| Appellee/Cross-Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Minnesota. |
| | * | |
| GFI America, Inc.; Federal Beef Processors, Inc., | * | |
| | * | |
| Appellants/Cross-Appellees. | * | |

## JUDGMENT

The joint motion for dismissal of this appeal is granted in accordance with the stipulation. The appeal is hereby dismissed.

The Court's mandate shall issue forthwith.

(5359-010199)

August 31, 2004

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
SEP 02 2004
U.S. DISTRICT COURT DULUTH

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED
04 SEP -2 PM 2:31
CLERK, U.S. DIST. COURT
DULUTH, MN

August 31, 2004

Mr. Charles N. Nauen
LOCKRIDGE & GRINDAL
2200 Washington Square
100 Washington Avenue, S.
Minneapolis, MN 55401

Mr. Timothy Joseph Pramas
FELHABER & LARSON
Suite 210
444 Cedar Street
St. Paul, MN 55101-2136

RECEIVED
04 SEP -2 PM 2:31
CLERK, U.S. DIST. COURT
DULUTH, MN

Re: 04-1821 Inland Paperboard vs. GFI America
Re: 04-2251 Inland Paperboard vs. GFI America

Dear Counsel:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

mer

Enclosure(s)

cc: Honorable Raymond Erickson, Magistrate Judge
Martin A. Carlson
Richard Sletten, Clerk

District Court/Agency Case Number(s): 02-cv-00059 RLE

District Court/Agency Case Number(s): 02-cv-00059 RLE